UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 18-cv-2755 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR ENTRY OF DEFAULT JUDGMENT AND FORFEITURE** |
| $24,400.00 in U.S. Currency, | |
| Defendant. | |

---

Plaintiff United States of America moves for an order (1) granting default judgment against Isaura Amparan, Jesus Ivan Herrera, and all unknown persons and entities that have failed to file a verified statement of interest and answer to the Complaint for Forfeiture *in Rem* and (2) issuing a Final Order of Forfeiture as to Defendant $24,400.00 in U.S. Currency (the defendant U.S. currency). Based on all the files and records in this action, the Court finds as follows:

1. The United States filed a Complaint for Forfeiture *in Rem* on September 25, 2018, alleging that the defendant U.S. currency is subject to forfeiture. 21 U.S.C. § 881(a)(6).

2. On October 1, 2018, the Clerk of Court issued a Warrant of Arrest and Notice *in Rem* directing the United States Marshals Service or any other duly authorized law enforcement officer to arrest the defendant U.S. currency and to serve all persons thought to have a potential interest in the defendant U.S. currency with a copy of the Complaint for Forfeiture *in Rem* and the Warrant of Arrest and Notice *in Rem*.

3. On October 4, 2018, the United States sent to Isaura Amparan and Jesus Ivan Herrera a Notice of Judicial Forfeiture Proceedings, the Verified Complaint for Forfeiture *in Rem*, and the Warrant of Arrest and Notice *in Rem* by certified mail.

4. As required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (Supplemental Rule), the United States Attorney's Office posted a notice of forfeiture on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 20, 2018.

5. No claim or answer has been filed, and the time for filing a claim and answer has expired. Supplemental Rule G(5).

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Plaintiff United States of America's Motion for Default Judgment and Final Order of Forfeiture, (Dkt. 8), is **GRANTED**.

2. As required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5), default judgment is entered against Isaura Amparan, Jesus Ivan Herrera, and all unknown persons and entities having an interest in Defendant $24,400.00 in U.S. Currency for failure to file a verified statement of interest in or right to Defendant $24,400.00 in U.S. Currency and an answer to the Verified Complaint for Forfeiture *in Rem*.

3. Defendant $24,400.00 in U.S. Currency is forfeited to the United States for disposition in accordance with governing law. 21 U.S.C. § 881(a)(6).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 5, 2019                                s/Wilhelmina M. Wright
                                                    Wilhelmina M. Wright
                                                    United States District Judge